# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00508-CV

**Tasha Preston, Appellant**

**v.**

**Camden Ridgecrest, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-13-006015, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Tasha Preston filed her notice of appeal on July 22, 2013.  On December 13, 2013, the clerk of this Court notified appellant that her brief was overdue and that her appeal was subject to dismissal for want of prosecution unless she filed her brief or responded to this notice by December 23, 2013.  To date, appellant has neither filed her brief nor responded to this Court's notice.  Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b), (c).

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed:   January 17, 2014